|  | AUSA: | Susan Fairchild | Telephone: (313) 226-9577 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Agent: | Hector Rivera | Telephone: (313) 771-6645 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America

v.

Rafael ROSANO-FLORES

Case No.

Case: 2:25–mj–30364
Assigned To : Unassigned
Assign. Date : 6/5/2025
Description: CMP USA V.
ROSANO–FLORES (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 26, 2025 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about May 26, 2025, in the Eastern District of Michigan, Southern Division, Rafael ROSANO-FLORES, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about March 3, 2009, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

_Complainant's signature_

Hector Rivera, Deportation Officer, ICE ERO
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: 6/5/2025

City and state: Detroit, MI

_Judge's signature_

Kimberly Altman, U.S. Magistrate Judge
_Printed name and title_

# AFFIDAVIT

I, Hector Rivera, declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs
   Enforcement (ICE), Enforcement and Removal Operations (ERO) of the
   United States Department of Homeland Security (DHS) at the Detroit Field
   Office. I have been employed in this capacity since February 2007.  I am
   currently assigned to the Detroit ICE-ERO Fugitive Operations team.

2. This affidavit is submitted for the limited purpose of establishing probable
   cause in support of a criminal complaint and an arrest warrant for Rafael
   ROSANO-FLORES, an alien who has previously been removed from the
   United States on or about March 03, 2009, at or near Del Rio, Texas, and was
   thereafter found in the United States on or about May 26, 2025, without having
   obtained the express consent or permission of the Attorney General or the
   Secretary of the Department of Homeland Security to reapply for admission,
   all in violation of Title 8, United States Code, Section 1326(a).

3. The information contained in this affidavit is based upon my personal
   knowledge and observations, information provided by other law enforcement
   personnel to include ICE ERO Deportation Officers, and database record
   checks. I have also reviewed records from the official immigration file and
   system automated data relating to ROSANO-FLORES. I have not included
   every fact known to law enforcement related to this investigation.

4. ROSANO-FLORES is a fifty-nine-old citizen and a native of Mexico who last
   entered the United States on an unknown date, at an unknown place, without
   being inspected and admitted or paroled by an immigration officer.

5. On April 04, 2008, the Amarillo Police Department in Texas arrested
   ROSANO-FLORES for Aggravated Sexual Assault Child charges. On
   December 11, 2008, the 320th District Court in Amarillo, Texas dismissed all
   four counts of Aggravated Sexual Assault Child.

1

6. On or about December 15, 2008, Immigration and Customs Enforcement (ICE) agents encountered ROSANO-FLORES at or near Dallas, Texas and served him with an I-862 Notice to Appear. On February 24, 2009, an Immigration Judge in Dallas, Texas ordered ROSANO-FLORES removed from the United States to Mexico. On or about March 03, 2009, ICE removed ROSANO-FLORES to Mexico via the Del Rio Texas International Bridge port of entry.

7. On or about October 13, 2021, United States Border Patrol (USBP) Agents encountered ROSANO-FLORES at or near Del Rio, Texas and expelled him back to Mexico under Title 42 on the same day.

8. On or about November 06, 2021, USBP Agents encountered ROSANO-FLORES at or near Del Rio, Texas and expelled him back to Mexico under Title 42 on the same day.

9. On May 26, 2025, the ICE/HSI Task Force Team traveled to the area of Ogden St. and Henderson St. in Detroit, MI in search of a targeted individual, identified as ROSANO-FLORES with an approved Field Operations Worksheet. At approximately 10:24 a.m., a male subject matching the physical description of ROSANO-FLORES departed the residence in a silver-colored Jeep Cherokee bearing Michigan license plate 4PLF44. Officers initiated a vehicle stop at or near Horatio and Martin St. in Detroit, MI to identify the male based on the reasonable suspicion that this individual matched the description of ROSANO-FLORES who was seen exiting the residence. Officers identified themselves, contacted the occupants and requested identification.

10. ROSANO-FLORES stated his name to be Rafael ROSANO-FLORES, and stated he is a citizen and national of Mexico. Officers placed ROSANO-FLORES under arrest based on probable cause that he was an alien who had unlawfully reentered the United States after having been previously removed.

11. Deportation Officers transported ROSANO-FLORES to the Detroit Field Office for processing. The arrest and subsequent detention of ROSANO-FLORES was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the

United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

12. ROSANO-FLORES' fingerprints and photograph were captured and searched in the ICE/FBI systems. The fingerprints returned with a positive match for Rafael ROSANO-FLORES, a native and citizen of Mexico who had previously been removed from the United States.

13. A review of ROSANO-FLORES' immigration file, record checks, and queries in the U.S. Department of Homeland Security databases confirmed that ROSANO-FLORES did not obtain the permission or express consent from the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States following his removal on March 03, 2009.

14. On May 26, 2025, ICE-ERO served ROSANO-FLORES with Form I-871, Notice of Intent/Decision to Reinstate Prior Order.

15. Based on the above information, I believe there is probable cause to conclude that Rafael ROSANO-FLORES is an alien who has previously been removed from the United States on or about March 03, 2009, at or near Del Rio, Texas and was thereafter found in the United States on or about May 26, 2025 in the Eastern District of Michigan, without having obtained the express consent or permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States, all in violation of Title 8, United States Code, Section 1326(a).

_____
Hector Rivera, Deportation Officer
Immigration and Customs Enforcement

Sworn to before me and signed in my
presence and/or by reliable electronic means.

3

Honorable Kimberly Altman
United States Magistrate Judge

June 5, 2025

**4**